UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO-GABRIEL DELGADOFLORES, A-240-923-834,<br><br>Petitioner,<br><br>v.<br><br>FACILITY DIRECTOR, MESA VERDE ICE PROCESSING FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-04975-DJC-CKD P<br><br><u>ORDER</u> |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within five days. Respondent filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 15) are adopted in full.
2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED.
3. Respondent is ordered to RELEASE petitioner immediately and is ENJOINED AND RESTRAINED from re-detaining petitioner unless they provide seven (7) days' notice to petitioner and a pre-deprivation bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.
4. The Clerk of the Court is directed to serve the Mesa Verde Processing Facility with a copy of this Order.
5. The Clerk of the Court shall enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE